```
Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, | ) |
| Plaintiff,     vs. | ) Case No.: 2:13-CV-03106-WDK-PLA |
| GREGORIO DIAZ, et al, | ) **RENEWAL OF JUDGMENT  BY CLERK** |
| Defendant, | ) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Gregorio Diaz, an individual dba Cemitas Poblanos entered on September 29, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 5,040.00 |
| b. | Costs and fees after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **5,040.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **5,040.00** |
| f. | Interest after judgment (.12%) | $ | 35.46 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **5,075.46** |

Dated: June 28, 2024                    CLERK, by Deputy  *Sharon Hall Brown* _____

Renewal of Judgment